IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Rawl D Harris,<br>Janet L Harris | : | Bankruptcy No. 18-23521-CMB |
| Debtors, | : | |
| Rawl D Harris,<br>Janet L Harris | : | Chapter 13 |
| Movants, | : | |
| | : | Related to Document No. |
| v. | : | |
| LoanCare LLC, | : | |
| Respondent. | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Loss Mitigation Order dated October 10, 2018 on each party listed below by first class U.S. mail on October 12, 2018.

LoanCare LLC
c/o Andrew Markowitz, Esq.
123 South Broad Street
Suite 2080
Philadekphia, PA  19109

LoanCare, LLC
Gene D Ross, CEO
3637 Sentara Way
Virginia Beach, VA  23452

Attorney for Movant:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329