IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Rawl D. Harris | : | Bankruptcy No. 18-23521 CMB |
| | Janet L. Harris | : | |
| | Debtor | : | Chapter 13 |
| | Rawl D. Harris | : | |
| | Janet L. Harris | : | Document No. 14 |
| | Movant | : | |
| | | : | |
| v. | | : | |
| | LoanCare LLC | : | |
| | | : | |
| | Respondent | : | |

## LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by  Rawl D. and Janet L. Harris  on  September 18, 2018 . The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this  10th  day of October , 20 18 , it is hereby **ORDERED** that:

(1) The following parties are directed to participate in the Court's **Loss Mitigation Program (LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

Debtor:     Rawl D. and Janet L. Harris

Creditor:     LoanCare LLC

(2) **During the Loss Mitigation Period**, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $  470.00  per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3) **Within fourteen (14) days from the entry of this Order**, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4) **Within seven (7) days from the entry of this Order** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5) **Within fourteen (14) days of the debtor's submission of the Core LMP Package**, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6) **Within sixty (60) days from the entry of this Order**, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7) **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)    *Within seven (7) days of the termination of the Loss Mitigation Period*, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)    Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____    **dms**
Chief    United States Bankruptcy Judge

FILED
10/10/18 12:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Rawl D. Harris  
Janet L. Harris  
    Debtors

Case No. 18-23521-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw        Page 1 of 1        Date Rcvd: Oct 10, 2018  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.  
db        #+Rawl D. Harris,   76 Hickory Street,   P.O. Box 481,   Ellsworth, PA 15331-0481  
jdb       +Janet L. Harris,   76 Hickory Street,   P.O. Box 481,   Ellsworth, PA 15331-0481

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:  
        David A. Rice   on behalf of Joint Debtor Janet L. Harris ricelaw1@verizon.net, lowdenscott@gmail.com  
        David A. Rice   on behalf of Debtor Rawl D. Harris ricelaw1@verizon.net,  lowdenscott@gmail.com  
        James   Warmbrodt   on behalf of Creditor   Specialized Loan Servicing LLC as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Scott R. Lowden   on behalf of Debtor Rawl D. Harris niclowlgl@comcast.net  
        Scott R. Lowden   on behalf of Joint Debtor Janet L. Harris niclowlgl@comcast.net  
                                                                     TOTAL: 7