IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Rawl D. Harris | : | Case No. 18-23521 CMB |
| Janet L. Harris | : | |
| *Debtor(s)* | : | Chapter 13 |
| | : | |
| Rawl D. Harris | : | Related to Doc No. 14 |
| Janet L. Harris | : | |
| *Movant(s)* | : | |
| | : | |
| v. | : | |
| | : | |
| LoanCare, LLC | : | |
| | : | |
| *Respondent(s)* | : | |

## INTERIM TRIAL MORTGAGE MODIFICATION ORDER

On November 26, 2018, the above named Debtor(s) and Respondent, LoanCare, LLC, ("Creditor") entered into a Trial Modification ("Trial Modification"), through the Court's Loss Mitigation Program, with respect to the first mortgage on the Debtor's residence. The terms of the Trial Modification call for Trial Payments to begin on **12/01/2018**. In light of the need for an immediate change in the distribution to the Creditor, the Debtor(s) request the Court to enter this *Interim Trial Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval. Therefore,

*AND NOW*, this 30th day of November, 2018, for the foregoing reasons it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The Chapter 13 Trustee is authorized to modify the distribution to the above named Creditor for the Trial Modification Period. Each Trial Payment shall be made in the amount of **$706.53** for the following months: December 2018, January 2019, February 2019.

1

Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

(2)    Within three (3) days of entry of this *Interim Modification Order*, Debtor shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

(3)    The Loss Mitigation Process Period is **EXTENDED** until further Order of Court and either Party may seek a further hearing regarding amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(4)    In the event that a Permanent Modification is reached between the Parties, within 21 days after said Permanent Modification is offered by the Creditor, the Debtor shall file a Motion to Approve Modification in compliance with *W.PA.ILBR* 9020-6.

Prepared by: Scott R. Lowden

_____
Chief Judge United States Bankruptcy Court

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    [Counsel for Creditor]
    Ronda J. Winnecour, Esq. Ch 13 Trustee

FILED
11/30/18 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-23521-CMB
Rawl D. Harris                                                      Chapter 13
Janet L. Harris
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw              Page 1 of 1              Date Rcvd: Nov 30, 2018
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2018.
db          #+Rawl D. Harris,   76 Hickory Street,   P.O. Box 481,   Ellsworth, PA 15331-0481
jdb          +Janet L. Harris,  76 Hickory Street,   P.O. Box 481,   Ellsworth, PA 15331-0481

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    LAKEVIEW LOAN SERVICING ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              David A. Rice    on behalf of Debtor Rawl D. Harris ricelaw1@verizon.net,   lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Janet L. Harris ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT
               SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott R. Lowden    on behalf of Joint Debtor Janet L. Harris niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Rawl D. Harris niclowlgl@comcast.net
                                                                                              TOTAL: 9