# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | RAWL D. & JANET L. HARRIS |
| Case Number: | 18-23521-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 28, 2019  03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/4/19 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#6 - Final Confirmation of Plan Dated 9/5/2018 (NFC)
R / M #: 6 / 0

**Appearances:**

Debtor:  Lowden
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor: Pavlovich — loancare.

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to __9:00__, effective _____.
7. __X__ Plan/Motion continued to __5/23/19__ at __9:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/21/2019   4:26:43PM