IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy No. 18-23521 CMB |
| Rawl D. Harris | ) |
| Janet L. Harris | ) |
| Debtor (s) | ) |
| | ) Chapter 13 |
| Rawl D. Harris | ) |
| Janet L. Harris | ) Related to Doc No. 34 |
| Movant(s) | ) |
| v. | ) Hearing: 5/8/19 at 10:00 AM |
| LoanCare, LLC | ) |
| and Ronda J. Winnecour, Trustee | ) |
| | ) |
| Respondent(s) | ) |

## CERTIFICATION OF NO RESPONSE REGARDING MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion* filed on **March 20, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Motion* appears thereon. Pursuant to the *Notice of Hearing with Response Deadline*, responses to the *Motion* were to be filed and served no later than **April 6, 2019**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 8, 2019

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
Rice & Assoc. Law Firm
15 W. Beau St.
Washington, PA 15301
(412) 374-7161
lowdenscott@gmail.com