IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy No. 18-23521 CMB |
| Rawl D. Harris | ) |
| Janet L. Harris | ) |
|     Debtor (s) | ) |
| | ) Chapter 13 |
| Rawl D. Harris | ) |
| Janet L. Harris | ) |
|     Movant(s) | ) |
|     v. | ) Doc No. 34 |
| LoanCare, LLC | ) |
| and Ronda J. Winnecour, Trustee | ) **ENTERED BY DEFAULT** |
|     Respondent(s) | ) |

### ORDER OF COURT

**AND NOW,** this __9th__ day of __April__, 2019, upon consideration of the Debtor's Motion, it is hereby **ORDERED, ADJUDGED and DECREED** that the Debtor is hereby granted permission to enter into the Loan Modification Agreement of secured debt through LoanCare, LLC. The new principal balance is $89,753.50 at an interest rate of 5.25% for 360 months modified as of April 1, 2019 with a maturity date of April 1, 2049. The new principal and interest payment will be $495.62 plus escrow of $209.75 for a total payment of $705.37 per month beginning May 1, 2019. The Debtor will make payments through an amended Chapter 13 plan. The Loss Mitigation Process is hereby terminated.

FILED
4/9/19 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                         Case No. 18-23521-CMB
Rawl D. Harris                                                 Chapter 13
Janet L. Harris
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                   Page 1 of 1                   Date Rcvd: Apr 09, 2019
                              Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db             #+Rawl D. Harris,    76 Hickory Street,    P.O. Box 481,    Ellsworth, PA 15331-0481
jdb             +Janet L. Harris,   76 Hickory Street,    P.O. Box 481,    Ellsworth, PA 15331-0481

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    LAKEVIEW LOAN SERVICING ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              David A. Rice    on behalf of Debtor Rawl D. Harris ricelaw1@verizon.net,    lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Janet L. Harris ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT
               SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott R. Lowden    on behalf of Joint Debtor Janet L. Harris niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Rawl D. Harris niclowlgl@comcast.net
                                                                                               TOTAL: 9