IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

   Rawl D Harris,
   Janet L Harris,

        Debtors,

   Rawl D Harris,
   Janet L Harris,

        Movants,

No Respondent

        Respondent.

Bankruptcy No. 18-23521-CMB

Chapter 13

Related to Document No.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Conciliation Conference Minutes at Docket #33 and the Amended Chapter 13 Plan by prepaid first class US mail on May 6, 2019 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA  15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

Dated:  05/06/2019

/s/: David A Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA  15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270

```
Label Matrix for local noticing          Peoples Natural Gas Company             U.S. Bankruptcy Court
0315-2                                   c/o S. James Wallace, P.C.              U.S. Bankruptcy Court
Case 18-23521-CMB                        845 N. Lincoln Ave.                     5414 U.S. Steel Tower
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15233-1828               600 Grant Street
Pittsburgh                                                                       Pittsburgh, PA 15219-2703
Mon May  6 14:18:46 EDT 2019

AR Resources, Inc. / Novacare Rehab      Ashley Funding Services, LLC its successors   Aspen Dental
Attn: Bankruptcy                         assigns as assignee of Laboratory       100 Pricedale Road
Po Box 1056                              Corporation of America Holdings         Belle Vernon, PA 15012-1968
Blue Bell, PA 19422-0287                 Resurgent Capital Services
                                         PO Box 10587
                                         Greenville, SC 29603-0587

Biorn Corp / ER hosp of the Strand       Chase Auto Finance                      Directv, LLC
P.O. Box 464                             Attn: Bankruptcy                        by American InfoSource as agent
Rockford, MN 55373-0464                  Po Box 901076                           PO Box 5008
                                         Fort Worth, TX 76101-2076               Carol Stream, IL  60197-5008


Healthcare Financial / Desai Cardenas Ur I C System Inc / Snee Dental            LAKEVIEW LOAN SERVICING, LLC
Attn: Bankruptcy                         444 Highway 96 East                     LoanCare, LLC
Po Box 3882                              P.O. Box 64378                          3637 Sentara Way
Charleston, WV 25338-3882                St. Paul, MN 55164-0378                 Virginia Beach, VA 23452-4262


LVNV Funding, LLC its successors and assigns  LVNV Funding/Resurgent / Credit One   Lakeview Loan Servicing
assignee of MHC Receivables, LLC and     Attn: Bankruptcy                        c/o Andrew Markowitz, Esq.
FNBM, LLC                                Po Box 10497                            123 South Broad Street
Resurgent Capital Services               Greenville, SC 29603-0497               Suite 2080
PO Box 10587                                                                     Philadelphia, PA 19109-1031
Greenville, SC 29603-0587

LoanCare LLC                             ONEMAIN                                 Office of the United States Trustee
3637 Sentara Way                         P.O. BOX 3251                           Liberty Center.
Virginia Beach, VA 23452-4262            EVANSVILLE, IN 47731-3251               1001 Liberty Avenue, Suite 970
                                                                                 Pittsburgh, PA 15222-3721


OneMain Financial                        Penn Credit / West Penn Piwer           Pennsylvania Department of Revenue
Attn: Bankruptcy                         Attn:Bankruptcy                         Bankruptcy Division PO Box 280946
601 Nw 2nd Street                        Po Box 988                              Harrisburg, PA  17128-0946
Evansville, IN 47708-1013                Harrisburg, PA 17108-0988


Receivables Performance / Direct TV      SANTANDER CONSUMER USA, INC.            Santander Consumer USA
Attn: Bankruptcy                         P.O. BOX 560284                         Attn: Bankruptcy
Po Box 1548                              DALLAS, TX 75356-0284                   Po Box 961245
Lynnwood, WA 98046-1548                                                          Fort Worth, TX 76161-0244


Specialized Loan Servicing/SLS           Sprinleaf Financial                     Verizon
8742 Lucent Blvd Ste 300                 198 West Chestnut Street                by American InfoSource as agent
Highlands Ranch, CO 80129-2386           Washington, PA 15301-4423               PO Box 248838
                                                                                 Oklahoma City, OK  73124-8838


Washington Hospital                      Wilmington Savings Fund Society,FSB Trustee(  David A. Rice
Attn:  Billing Dept.                     c/o Specialized Loan Servicing LLC      Rice & Associates Law Firm
155 Wilson Avenue                        8742 Lucent Blvd, Suite 300             15 West Beau Street
Washington, PA 15301-3398                Highlands Ranch, Colorado 80129-2386    Washington, PA 15301-6805
```

```
Janet L. Harris                 Rawl D. Harris                  Ronda J. Winnecour
76 Hickory Street               76 Hickory Street               Suite 3250, USX Tower
P.O. Box 481                    P.O. Box 481                    600 Grant Street
Ellsworth, PA 15331-0481        Ellsworth, PA 15331-0481        Pittsburgh, PA 15219-2702


Scott R. Lowden
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146-2437
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)LAKEVIEW LOAN SERVICING       (u)Specialized Loan Servicing LLC as servicer    End of Label Matrix
                                                                                  Mailable recipients    33
                                                                                  Bypassed recipients     2
                                                                                  Total                  35
```