IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-23521 CMB |
| | : | |
| Rawl D. Harris, and | : | Chapter 13 |
| Janet L. Harris | : | |
|           Debtor(s) | : | Related to Doc No. 51 |
| ============================ | : | |
| Scott R. Lowden, Esq., | : | |
|           Applicant, | : | Hearing: 3/1/21 at 11:00 AM |
| v. | : | |
| No Respondent | : | |
|           Respondent | : | |

### CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on  January 29, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than February 15, 2021.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:  February 16, 2021

                                                    /s/ Scott R. Lowden
                                                    Scott R. Lowden, Esq.
                                                    Rice & Associates Law Firm
                                                    15 W. Beau St.
                                                    Washington, PA 15301
                                                    (412) 374-7161
                                                    lowdenscott@gmail.com
                                                    PA. ID 72116