**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>**WITHDRAWAL OF APPEARANCES BY ANN E. SWARTZ, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF LAUREN M. MOYER, ESQUIRE, IN VARIOUS OPEN CASES** | Miscellaneous No. 21-00203-CMB |

**ORDER**

AND NOW, this ____17th____ day of _____February_____, 2021, upon

consideration of the Omnibus Joint Motion to Withdraw the Appearance of Ann E. Swartz,

Esquire, and Enter the Appearance of Lauren M. Moyer, Esquire, it is hereby

ORDERED that the Motion is granted, and Ann E. Swartz, Esquire, is granted leave to

withdraw her appearance as counsel of record in the list of cases attached to the Motion as

Exhibit "A";  and it us further

ORDERED that the appearance of Lauren M. Moyer, Esquire, is entered as counsel of

record for the parties formerly represented by Ann E. Swartz, Esquire, in the list of cases

attached to the Motion as Exhibit "A."

Prepared by: Lauren M. Moyer

BY THE COURT:

_____
Carlota M. Böhm                          dmr
Chief United States Bankruptcy Court Judge

FILED
2/17/21 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case 18-23521-CMB    Doc 56    Filed 02/25/21    Entered 02/25/21 12:08:58    Desc Main
Document      Page 2 of 2

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: aala | Date Created: 2/17/2021 |
| Case: 21−00203−CMB | Form ID: pdf900 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

aty          Lauren Moyer          ecfmail@ecf.courtdrive.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust          Office of the United States Trustee          Liberty Center.          1001 Liberty Avenue, Suite 970          Pittsburgh, PA
15222

TOTAL: 1