IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 18-23521 CMB |
| Rawl D. Harris | ) | |
| Janet L. Harris | ) | |
|       Debtor (s) | ) | Chapter 13 |
| Rawl D. Harris | ) | |
| Janet L. Harris | ) | |
|       Movant(s) | ) | |
| v. | ) | Related to Doc No. 57 |
| Lakeview Loan Servicing, LLC | ) | |
| | ) | Hearing: 8/10/2021 at 1:30 PM |
|       Respondent(s) | ) | |

**ORDER OF COURT**

AND NOW, this 16th day of July, 2021, **IT APPEARING TO THE COURT** that the Movants have filed a Motion to Withdraw the Objection to Claim regarding Doc. #57 in the above-captioned bankruptcy case;

**IT IS HEREBY ORDERED** that **Doc. #57 – Objection to Claim** filed by the Debtors on April 29, 2021, 2021, **IS DENIED AS WITHDRAWN.**

The hearing scheduled for August 10, 2021 is hereby canceled.

FILED
7/16/21 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 18-23521-CMB
Rawl D. Harris                                                                                  Chapter 13
Janet L. Harris
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dsaw            Page 1 of 2
Date Rcvd: Jul 16, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rawl D. Harris, Janet L. Harris, 76 Hickory Street, P.O. Box 481, Ellsworth, PA 15331-0481 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC as servicer for WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Rawl D. Harris ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Janet L. Harris ricelaw1@verizon.net  lowdenscott@gmail.com |
| Lauren Moyer | on behalf of Creditor LAKEVIEW LOAN SERVICING ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Joint Debtor Janet L. Harris niclowlgl@comcast.net

Scott R. Lowden
    on behalf of Debtor Rawl D. Harris niclowlgl@comcast.net

TOTAL: 9