IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Rawl Harris,
    Janet Harris,

                 Debtors,

    Rawl Harris,
    Janet Harris,

                 Movants,

No Respondent

                 Respondent.

Bankruptcy No. 18-23521-CMB

Chapter 13

Related to Document No.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the July 30, 2021 Order of Court, the Notice of Proposed Modification to Confirmed Plan and the Amended Chapter 13 Plan dated July 16, 2021 by prepaid first-class US mail on July 30, 2021 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA 15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA 15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

Dated: 07/30/2021

/s/: David A. Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA 15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270

```
Label Matrix for local noticing              Peoples Natural Gas Company LLC              Specialized Loan Servicing LLC
0315-2                                       c/o S. James Wallace, P.C.                   6200 S. Quebec Street
Case 18-23521-CMB                            845 N. Lincoln Ave.                          Greenwood Village, CO 80111-4720
WESTERN DISTRICT OF PENNSYLVANIA             Pittsburgh, PA 15233-1828
Pittsburgh
Fri Jul 30 09:29:27 EDT 2021

2                                            AR Resources, Inc. / Novacare Rehab          Ashley Funding Services, LLC its successors
U.S. Bankruptcy Court                        Attn: Bankruptcy                             assigns as assignee of Laboratory
5414 U.S. Steel Tower                        Po Box 1056                                  Corporation of America Holdings
600 Grant Street                             Blue Bell, PA 19422-0287                     Resurgent Capital Services
Pittsburgh, PA 15219-2703                                                                 PO Box 10587
                                                                                          Greenville, SC 29603-0587

(p)ASPEN DENTAL                              Biorn Corp / ER hosp of the Strand           Chase Auto Finance
PO BOX 1578                                  P.O. Box 464                                 Attn: Bankruptcy
ALBANY NY 12201-1578                         Rockford, MN 55373-0464                      Po Box 901076
                                                                                          Fort Worth, TX 76101-2076


Directv, LLC                                 Healthcare Financial / Desai Cardenas Ur     I C System Inc / Snee Dental
by American InfoSource as agent              Attn: Bankruptcy                             444 Highway 96 East
PO Box 5008                                  Po Box 3882                                  P.O. Box 64378
Carol Stream, IL  60197-5008                 Charleston, WV 25338-3882                    St. Paul, MN 55164-0378


LAKEVIEW LOAN SERVICING, LLC                 LVNV Funding, LLC its successors and assigns LVNV Funding/Resurgent / Credit One
LoanCare, LLC                                assignee of MHC Receivables, LLC and         Attn: Bankruptcy
3637 Sentara Way                             FNBM, LLC                                    Po Box 10497
Virginia Beach, VA 23452-4262                Resurgent Capital Services                   Greenville, SC 29603-0497
                                             PO Box 10587
                                             Greenville, SC 29603-0587

Lakeview Loan Servicing                      LoanCare LLC                                 ONEMAIN
c/o Andrew Markowitz, Esq.                   3637 Sentara Way                             P.O. BOX 3251
123 South Broad Street                       Virginia Beach, VA 23452-4262                EVANSVILLE, IN 47731-3251
Suite 2080
Philadelphia, PA 19109-1031


Office of the United States Trustee          OneMain Financial                            Penn Credit / West Penn Piwer
Liberty Center.                              Attn: Bankruptcy                             Attn:Bankruptcy
1001 Liberty Avenue, Suite 970               601 Nw 2nd Street                            Po Box 988
Pittsburgh, PA 15222-3721                    Evansville, IN 47708-1013                    Harrisburg, PA 17108-0988


Pennsylvania Department of Revenue           Receivables Performance / Direct TV          SANTANDER CONSUMER USA, INC.
Bankruptcy Division PO Box 280946            Attn: Bankruptcy                             P.O. BOX 560284
Harrisburg, PA  17128-0946                   Po Box 1548                                  DALLAS, TX 75356-0284
                                             Lynnwood, WA 98046-1548


Santander Consumer USA                       Specialized Loan Servicing LLC               Specialized Loan Servicing/SLS
Attn: Bankruptcy                             6200 S. Quebec St.                           6200 S. Quebec Street
Po Box 961245                                Greenwood Village, Colorado 80111-4720       Greenwood Village, CO 80111-4720
Fort Worth, TX 76161-0244


Sprinleaf Financial                          Verizon                                      Washington Hospital
198 West Chestnut Street                     by American InfoSource as agent              Attn:  Billing Dept.
Washington, PA 15301-4423                    PO Box 248838                                155 Wilson Avenue
                                             Oklahoma City, OK  73124-8838                Washington, PA 15301-3398
```

```
Wilmington Savings Fund Society,FSB Trustee(    David A. Rice                              Janet L. Harris
c/o Specialized Loan Servicing LLC              Rice & Associates Law Firm                 76 Hickory Street
8742 Lucent Blvd, Suite 300                     15 West Beau Street                        P.O. Box 481
Highlands Ranch, Colorado 80129-2386            Washington, PA 15301-6806                  Ellsworth, PA 15331-0481


Rawl D. Harris                                  Ronda J. Winnecour                         Scott R. Lowden
76 Hickory Street                               Suite 3250, USX Tower                      Nicotero & Lowden PC
P.O. Box 481                                    600 Grant Street                           3948 Monroeville Blvd., Suite 2
Ellsworth, PA 15331-0481                        Pittsburgh, PA 15219-2702                  Monroeville, PA 15146-2437
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Aspen Dental
100 Pricedale Road
Belle Vernon, PA 15012


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)LAKEVIEW LOAN SERVICING                      (u)Specialized Loan Servicing LLC as servicer    End of Label Matrix
                                                                                                 Mailable recipients    35
                                                                                                 Bypassed recipients     2
                                                                                                 Total                  37
```