IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 18-23521-CMB |
| RAWL D. HARRIS and JANET L. HARRIS, ) | |
| his wife ) | Related to Docket Nos. 85, 86 & 87 |
|     Debtors ) | Chapter 13 |
| PEOPLES NATURAL GAS COMPANY, LLC ) | |
|     Movant, ) | Hearing Date: 1/19/23 |
|     vs. ) | Hearing Time: 2:30 PM |
| RAWL D. HARRIS and JANET L. HARRIS, ) | |
| his wife, and RONDA J. WINNECOUR, ) | |
| ESQUIRE, Trustee ) | |
|     Respondents. ) | |

CONSENT ORDER OF COURT

AND NOW, to wit this __5th__ day of __January__, 2023, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

1. The Court finds that the Debtors have fallen behind on their post petition gas bill since filing the instant case.

2. A Motion for Allowance of Administrative claim has been filed. In this case, the Debtors have subsequently brought the account current.

3. The instant Motion shall be dismissed without prejudice, since the debtors have cured the delinquency this time.

4. The Debtors and the Debtors' counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition. There will be no exceptions.

BY THE COURT:

_/s/ Carlota M. Böhm, J._  dmk

FILED
1/5/23 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to by:

| | |
|---|---|
| /s/ Scott R. Lowden | /s/ Jeffrey R. Hunt |
| Scott R. Lowden, Esquire | Jeffrey R. Hunt, Esquire |
| Attorney for Debtors | Atty for Peoples Natural Gas Company, LLC |
| Pa. I.D. No. 72116 | Pa. I.D. No. 90342 |
| 3948 Monroeville Blvd., Suite 2 | GRB Law |
| Monroeville, PA 15146 | 525 William Penn Place, Suite 3110 |
| 412-374-7161 | Pittsburgh, PA 15219 |
| niclowlgl@comcast.net | 412-281-0587 |
| | jhunt@grblaw.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23521-CMB |
| Rawl D. Harris | Chapter 13 |
| Janet L. Harris | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Rawl D. Harris, Janet L. Harris, 76 Hickory Street, P.O. Box 481, Ellsworth, PA 15331-0481 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC as servicer for WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Rawl D. Harris ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Janet L. Harris ricelaw1@verizon.net lowdenscott@gmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Marisa Myers Cohen | on behalf of Creditor LAKEVIEW LOAN SERVICING ecfmail@mwc-law.com mcohen@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Joint Debtor Janet L. Harris niclowlgl@comcast.net

Scott R. Lowden
    on behalf of Debtor Rawl D. Harris niclowlgl@comcast.net

TOTAL: 10