IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 18-23521-CMB |
| Rawl D. Harris ) | Chapter 13 |
| Janet L. Harris ) | Related to Doc. No. 98 |
|     Debtor(s) ) | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | FILED |
|     Movant(s) ) | 9/14/23 8:42 am |
|     vs. ) | CLERK |
| Rawl D. Harris ) | U.S. BANKRUPTCY |
| Janet L. Harris ) | COURT - WDPA |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **October 26, 2023, at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **October 3, 2023.**

| | |
|---|---|
| <u>9/13/23</u><br>Date | <u>/s/ Ronda J. Winnecour</u><br>Ronda J. Winnecour (PA I.D. #30399)<br>Attorney and Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 18-23521-CMB
Rawl D. Harris                                                                                   Chapter 13
Janet L. Harris
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                  User: auto                                  Page 1 of 3
Date Rcvd: Sep 14, 2023                       Form ID: pdf900                         Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rawl D. Harris, Janet L. Harris, 76 Hickory Street, P.O. Box 481, Ellsworth, PA 15331-0481 |
| 14910184 | + | AR Resources, Inc. / Novacare Rehab, Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 14910186 | + | Biorn Corp / ER hosp of the Strand, P.O. Box 464, Rockford, MN 55373-0464 |
| 14910188 | + | Healthcare Financial / Desai Cardenas Ur, Attn: Bankruptcy, Po Box 3882, Charleston, WV 25338-3882 |
| 14910190 | + | Lakeview Loan Servicing, c/o Andrew Markowitz, Esq., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14910194 | + | Penn Credit / West Penn Piwer, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 14910195 | + | Receivables Performance / Direct TV, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14910199 | + | Washington Hospital, Attn: Billing Dept., 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | ^ MEBN | Sep 14 2023 23:15:41 | C/o Statebridge Company, LLC, c/o Statebridge Company, LLC, 6061 S. Willow Dr, Suite 300, Greenwood Village, CO 80111-5151 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 14 2023 23:20:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 14 2023 23:20:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14910185 | | Email/Text: bankruptcynotice@aspendental.com | Sep 14 2023 23:20:00 | Aspen Dental, 100 Pricedale Road, Belle Vernon, PA 15012 |
| 14946534 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2023 23:31:51 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14944994 | | Email/Text: G06041@att.com | Sep 14 2023 23:20:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14910189 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 14 2023 23:20:00 | I C System Inc / Snee Dental, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14910187 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 14 2023 23:33:03 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 14948938 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 14 2023 23:20:00 | LAKEVIEW LOAN SERVICING, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14931760 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2023 23:31:56 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14910192 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 14 2023 23:31:49 | LVNV Funding/Resurgent / Credit One, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14910191 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 14 2023 23:20:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14924321 | | Email/PDF: cbp@omf.com | Sep 14 2023 23:31:47 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14910193 | + | Email/PDF: cbp@omf.com | Sep 14 2023 23:32:24 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14918617 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2023 23:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14921591 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 14 2023 23:20:00 | SANTANDER CONSUMER USA, INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 14910196 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 14 2023 23:20:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15320355 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 14 2023 23:20:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14910197 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 14 2023 23:20:00 | Specialized Loan Servicing/SLS, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14910198 | + | Email/PDF: cbp@omf.com | Sep 14 2023 23:33:11 | Sprinleaf Financial, 198 West Chestnut Street, Washington, PA 15301-4423 |
| 14942951 | | Email/PDF: ebn_ais@aisinfo.com | Sep 14 2023 23:32:35 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15543015 | ^ | MEBN | Sep 14 2023 23:15:46 | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 14915210 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 14 2023 23:20:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING |
| cr | | Specialized Loan Servicing LLC as servicer for WIL |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2023       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor LAKEVIEW LOAN SERVICING nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC as servicer for WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Joint Debtor Janet L. Harris ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Rawl D. Harris ricelaw1@verizon.net  lowdenscott@gmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Marisa Myers Cohen | on behalf of Creditor LAKEVIEW LOAN SERVICING ecfmail@mwc-law.com  mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Joint Debtor Janet L. Harris lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Debtor Rawl D. Harris lowdenscott@gmail.com |

TOTAL: 11