**Date: 10/26/2023 01:30 pm**

**In re:   Rawl D. Harris**
**Janet L. Harris**

**Bankruptcy No. 18-23521-CMB**
**Chapter: 13**
**Doc. # 98**

**Appearances:  Ronda Winnecour**
**Scott Lowden, Esq.**

**Nature of Proceeding: #98 Trustees Motion to Dismiss Case**

**Additional Pleadings:  #102 Debtors' Response**

**Outcome: Hearing held. Matter continued to November 16, 2023, at 1:30 PM.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
10/26/23 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23521-CMB |
| Rawl D. Harris | Chapter 13 |
| Janet L. Harris | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Janet L. Harris, 76 Hickory Street, P.O. Box 481, Ellsworth, PA 15331-0481 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

**Name**          **Email Address**

Andrew M. Lubin
    on behalf of Creditor LAKEVIEW LOAN SERVICING nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com

Brian Nicholas
    on behalf of Creditor Specialized Loan Servicing LLC as servicer for WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bnicholas@kmllawgroup.com

David A. Rice
    on behalf of Debtor Rawl D. Harris ricelaw1@verizon.net  lowdenscott@gmail.com

David A. Rice
    on behalf of Joint Debtor Janet L. Harris ricelaw1@verizon.net  lowdenscott@gmail.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Marisa Myers Cohen
    on behalf of Creditor LAKEVIEW LOAN SERVICING ecfmail@mwc-law.com  mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Joint Debtor Janet L. Harris lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor Rawl D. Harris lowdenscott@gmail.com

TOTAL: 11