IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Rawl D Harris, | : | Bankruptcy No. 18-23521-CMB |
| | Janet L Harris, | : | |
| | Debtor(s) | : | |
| | Rawl D Harris, | : | |
| | Janet L Harris, | : | |
| | Movant(s) | : | |
| | v. | : | |
| | | : | |
| | No Respondents | : | |
| | Respondent(s) | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
[The Debtors are not required to pay any Domestic Support Obligations]

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.   The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On 09/08/2023, at docket numbers 96 and 97, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]

Dated:  November 2, 2023

By:    /s/ David A Rice
Signature
David A Rice
Name of Filer – Typed
PA ID 50329
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301
(724) 225-7270
ricelaw1@verizon.net