**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RAWL D. HARRIS
JANET L. HARRIS
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
      vs.
No Respondents.

Case No.:18-23521

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/05/2018  and confirmed on 10/22/18 .  The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 78,348.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 78,348.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 8,941.03 | |
| Trustee Fee | 3,719.60 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,660.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2708 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 3,532.65 | 3,532.65 | 0.00 | 3,532.65 |
| Acct: 2708 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 39,604.29 | 0.00 | 39,604.29 |
| Acct: 2708 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2708 | | | | |
| SANTANDER CONSUMER USA | 14,056.85 | 14,056.85 | 1,925.62 | 15,982.47 |
| Acct: 3020 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 3,638.74 | 3,638.74 | 354.24 | 3,992.98 |
| Acct: 7084 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 1,408.02 | 1,408.02 | 0.00 | 1,408.02 |
| Acct: 7084 | | | | |
| | | | | 64,520.41 |
| Priority | | | | |
| SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RAWL D. HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NICOTERO & LOWDEN PC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 1,875.55 | 1,875.55 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX9-21 | | | | |
| RICE AND ASSOCIATES | 3,065.48 | 3,065.48 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX8-22 | | | | |
| PA DEPARTMENT OF REVENUE* | 30.47 | 30.47 | 0.00 | 30.47 |
| Acct: 3387 | | | | |

18-23521                                                                                    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 30.47 |
| **Unsecured** | | | | |
| AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6010 | | | | |
| ASPEN DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8909 | | | | |
| BIORN CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7844 | | | | |
| CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2703 | | | | |
| HEALTHCARE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4547 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5444 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,127.40 | 114.95 | 0.00 | 114.95 |
| Acct: 8030 | | | | |
| ONE MAIN FINANCIAL SERVICES INC A/S/ | 9,342.82 | 952.59 | 0.00 | 952.59 |
| Acct: 6789 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2818 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 466.17 | 47.53 | 0.00 | 47.53 |
| Acct: 3320 | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5512 | | | | |
| WASHINGTON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3351 | | | | |
| PA DEPARTMENT OF REVENUE* | 1.40 | 0.14 | 0.00 | 0.14 |
| Acct: 3387 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 162.45 | 16.56 | 0.00 | 16.56 |
| Acct: 0001 | | | | |
| ASHLEY FUNDING SERVICES LLC - ASSIG | 46.28 | 4.72 | 0.00 | 4.72 |
| Acct: 7460 | | | | |
| ANDREW L MARKOWITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,136.49 |

TOTAL PAID TO CREDITORS                                                                     65,687.37

TOTAL CLAIMED
PRIORITY          30.47
SECURED        22,636.26
UNSECURED     11,146.52

Date: 12/21/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RAWL D. HARRIS
    JANET L. HARRIS
          Debtor(s)

Ronda J. Winnecour
         Movant
        vs.
No Repondents.

Case No.:18-23521

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                      Case No. 18-23521-CMB

Rawl D. Harris                                                                                          Chapter 13

Janet L. Harris

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rawl D. Harris, Janet L. Harris, 76 Hickory Street, P.O. Box 481, Ellsworth, PA 15331-0481 |
| 14910184 | + | AR Resources, Inc. / Novacare Rehab, Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 14910186 | + | Biorn Corp / ER hosp of the Strand, P.O. Box 464, Rockford, MN 55373-0464 |
| 14910188 | + | Healthcare Financial / Desai Cardenas Ur, Attn: Bankruptcy, Po Box 3882, Charleston, WV 25338-3882 |
| 14910190 | + | Lakeview Loan Servicing, c/o Andrew Markowitz, Esq., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14910194 | + | Penn Credit / West Penn Piwer, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 14910195 | + | Receivables Performance / Direct TV, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14910199 | + | Washington Hospital, Attn: Billing Dept., 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Dec 22 2023 23:28:20 | C/o Statebridge Company, LLC, c/o Statebridge Company, LLC, 6061 S. Willow Dr, Suite 300, Greenwood Village, CO 80111-5151 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 22 2023 23:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 22 2023 23:29:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14910185 | | Email/Text: bankruptcynotice@aspendental.com | Dec 22 2023 23:29:00 | Aspen Dental, 100 Pricedale Road, Belle Vernon, PA 15012 |
| 14946534 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:35:54 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14944994 | | Email/Text: G06041@att.com | Dec 22 2023 23:30:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14910189 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 22 2023 23:29:00 | I C System Inc / Snee Dental, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14910187 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 23:47:14 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 14948938 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 22 2023 23:29:00 | LAKEVIEW LOAN SERVICING, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14931760 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:36:51 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14910192 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0315-2 | User: auto | Page 2 of 3
--- | --- | ---
Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 31

|  |  |  |  |
| --- | --- | --- | --- |
|  |  | Dec 22 2023 23:36:55 | LVNV Funding/Resurgent / Credit One, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14910191 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 22 2023 23:29:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14924321 | Email/PDF: cbp@omf.com | Dec 22 2023 23:47:05 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14910193 | + Email/PDF: cbp@omf.com | Dec 22 2023 23:36:25 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14918617 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2023 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14921591 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 22 2023 23:30:00 | SANTANDER CONSUMER USA, INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 14910196 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 22 2023 23:30:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15320355 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 22 2023 23:29:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14910197 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 22 2023 23:29:00 | Specialized Loan Servicing/SLS, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14910198 | + Email/PDF: cbp@omf.com | Dec 22 2023 23:36:42 | Sprinleaf Financial, 198 West Chestnut Street, Washington, PA 15301-4423 |
| 14942951 | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 23:47:14 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15543015 | ^ MEBN | Dec 22 2023 23:28:08 | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 14915210 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 22 2023 23:29:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | LAKEVIEW LOAN SERVICING |
| cr |  | LAKEVIEW LOAN SERVICING, LLC |
| cr |  | Specialized Loan Servicing LLC as servicer for WIL |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew M. Lubin | on behalf of Creditor LAKEVIEW LOAN SERVICING nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC as servicer for WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Joint Debtor Janet L. Harris ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Rawl D. Harris ricelaw1@verizon.net  lowdenscott@gmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Marisa Myers Cohen | on behalf of Creditor LAKEVIEW LOAN SERVICING ecfmail@mwc-law.com  mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Joint Debtor Janet L. Harris lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Debtor Rawl D. Harris lowdenscott@gmail.com |

TOTAL: 12