**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Rawl D. Harris |
| Debtor 2 (Spouse, if filing) | Janet L. Harris |
| United States Bankruptcy Court for the: | WESTERN District of Pennsylvania (State) |
| Case number | 18-23521-CMB |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** Lakeview Loan Servicing, LLC

**Court claim no.** (if known): 9-2

**Last 4 digits** of any number you use to identify the debtor's account: 2708 ____ ____ ____

**Property address:** 76 Hickory Street
Number        Street

Ellsworth, Pennsylvania  15331
City                    State        ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:        $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  5 / 1 / 2024
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:        (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:        + (b) $ _____

c.  **Total**. Add lines a and b.        (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:        ___/___/___
MM / DD / YYYY

| Debtor 1 | Rawl D. Harris | | | Case number *(if known)* | 18-23521-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ **/s/ Andrew M. Lubin**

Signature

Date    01/29/24
____/____/_____

| Print | Andrew M. Lubin | | | Title | Attorney for creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company    McCabe, Weisberg & Conway,LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1420 Walnut Street, Suite 1501

Number        Street

Philadelphia, PA 19102

City                                State        ZIP Code

Contact phone    ( 215 )  790 – 1010

Email    ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Rawl D. Harris and Janet L. Harris<br>Debtors<br><br>Lakeview Loan Servicing, LLC, or its<br>Successor or Assignee<br>Movant<br><br>vs.<br><br>Ronda J. Winnecour<br>Rawl D. Harris and Janet L. Harris<br>Respondents | Chapter 13<br><br>Bankruptcy No. 18-23521-CMB |

**CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

      I, Andrew M. Lubin, attorney for Lakeview Loan Servicing, LLC, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served:  01/29/24

Rawl D. Harris
76 Hickory Street
P.O. Box 481
Ellsworth,, Pennsylvania
15331

Janet L. Harris
76 Hickory Street
P.O. Box 481
Ellsworth, Pennsylvania
15331

Scott R. Lowden
Scott R. Lowden, Esq
100 Heathmore Avenue
Pittsburgh, PA 15227
Attorney for Debtors

U.S. Trustee
Office of the United States
Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania
15219
Trustee

David A. Rice
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301
Attorney for Debtors

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Lakeview Loan Servicing, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com