IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RAWL D. HARRIS
JANET L. HARRIS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-23521

Chapter 13

Document No.: 108

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_\_\_6th\_\_\_\_ day of \_\_\_February\_\_\_, 20 24 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
2/6/24 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:
_Carlota M. Böhm_ dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23521-CMB |
| Rawl D. Harris | Chapter 13 |
| Janet L. Harris | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 06, 2024 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rawl D. Harris, Janet L. Harris, 76 Hickory Street, P.O. Box 481, Ellsworth, PA 15331-0481 |
| 14910184 | + | AR Resources, Inc. / Novacare Rehab, Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 14910186 | + | Biorn Corp / ER hosp of the Strand, P.O. Box 464, Rockford, MN 55373-0464 |
| 14910188 | + | Healthcare Financial / Desai Cardenas Ur, Attn: Bankruptcy, Po Box 3882, Charleston, WV 25338-3882 |
| 14910190 | + | Lakeview Loan Servicing, c/o Andrew Markowitz, Esq., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14910194 | + | Penn Credit / West Penn Piwer, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 14910195 | + | Receivables Performance / Direct TV, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14910199 | + | Washington Hospital, Attn: Billing Dept., 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | ^ MEBN | Feb 07 2024 00:12:22 | C/o Statebridge Company, LLC, c/o Statebridge Company, LLC, 6061 S. Willow Dr, Suite 300, Greenwood Village, CO 80111-5151 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 07 2024 00:24:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 07 2024 00:24:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14910185 | | Email/Text: bankruptcynotice@aspendental.com | Feb 07 2024 00:24:00 | Aspen Dental, 100 Pricedale Road, Belle Vernon, PA 15012 |
| 14946534 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:38:05 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14944994 | | Email/Text: G06041@att.com | Feb 07 2024 00:26:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14910189 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 07 2024 00:25:00 | I C System Inc / Snee Dental, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14910187 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 07 2024 00:38:20 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 14948938 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 07 2024 00:24:00 | LAKEVIEW LOAN SERVICING, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14931760 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:37:49 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14910192 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-23521-CMB   Doc 119   Filed 02/08/24   Entered 02/09/24 00:28:52   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 07 2024 00:22:56 | LVNV Funding/Resurgent / Credit One, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14910191 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 07 2024 00:24:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14924321 | | Email/PDF: cbp@omf.com | Feb 07 2024 01:17:16 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14910193 | + | Email/PDF: cbp@omf.com | Feb 07 2024 01:28:47 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14918617 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14921591 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 07 2024 00:26:00 | SANTANDER CONSUMER USA, INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 14910196 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 07 2024 00:26:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15320355 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 07 2024 00:24:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14910197 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 07 2024 00:24:00 | Specialized Loan Servicing/SLS, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14910198 | + | Email/PDF: cbp@omf.com | Feb 07 2024 00:50:04 | Sprinleaf Financial, 198 West Chestnut Street, Washington, PA 15301-4423 |
| 14942951 | | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2024 00:37:48 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15543015 | ^ | MEBN | Feb 07 2024 00:12:12 | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 14915210 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 07 2024 00:24:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Specialized Loan Servicing LLC as servicer for WIL |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024                    Signature:        /s/Gustava Winters

Case 18-23521-CMB    Doc 119    Filed 02/08/24    Entered 02/09/24 00:28:52    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: pdf900 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor LAKEVIEW LOAN SERVICING nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| David A. Rice | on behalf of Joint Debtor Janet L. Harris ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Rawl D. Harris ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor Specialized Loan Servicing LLC as servicer for WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTO dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Marisa Myers Cohen | on behalf of Creditor LAKEVIEW LOAN SERVICING ecfmail@mwc-law.com  mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Joint Debtor Janet L. Harris lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Debtor Rawl D. Harris lowdenscott@gmail.com |

TOTAL: 12